**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ENRIQUE CANO, | Case No. 2:25-cv-05444-AB-AJR |
| Plaintiff,<br>v. | |
| FEDERAL BUREAU OF INVESTIGATION, ET AL., | **JUDGMENT** |
| Defendants. | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     March 26, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE